IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL FAIRFAX SOARES,<br><br>   Plaintiff,<br><br> v.<br><br>CRAIG ROSS ET AL.,<br><br>   Defendants.         / | No. C 12-04910 CRB<br><br>**ORDER DISMISSING CASE FOR IMPROPER VENUE** |

  Plaintiff Paul Soares, appearing *pro se*, filed suit against Defendants for conversion and fraud arising out of a business contract for maintenance of wells located in Kentucky. Complaint (dkt. 1) at 2, Ex. C. Soares alleges that Defendants made misrepresentations that caused him to enter into a contract with them for well tending services, and when Soares later cancelled the contract, Defendants retaliated by stealing his property. Id. ¶¶ 12-24. Soares applied for pretrial injunctive relief; this Court ordered Soares to serve his request on Defendants, and further ordered Defendants to respond by October 12, 2012. Dkt. 8 at 3.

  The Court also *sua sponte* ordered Soares to show cause why this case should not be dismissed or transferred for improper venue under 28 U.S.C. §§ 1391, 1406(a): Soares is a resident of California; Defendants are residents of Kentucky; and the property and contract at issue all revolve around wells and equipment in Kentucky. Dkt. 8 at 3-4. Soares has not responded to the Court's order to show cause, and this Court declines to exercise its authority

to transfer the case to a more appropriate district in light of Soares' statement in the complaint that he is unable to litigate it anywhere else. See Complaint ¶ 11.

Instead, for the reasons set forth in this Court's prior order calling into question venue in this district, see dkt. 8 at 3-4, the Court VACATES the hearing on Soares' motion scheduled for October 26, 2012, and DISMISSES this case for improper venue. Soares remains free to refile this suit in a district where venue is proper.

**IT IS SO ORDERED.**

Dated: October 9, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE