United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL FAIRFAX SOARES,<br><br>    Plaintiff,<br><br>  v.<br><br>CRAIG ROSS ET AL.,<br><br>    Defendants. | No. C 12-04910 CRB<br><br>**ORDER DENYING MOTION TO TRANSFER VENUE** |

Plaintiff Paul Soares now applies *ex parte* for a transfer of venue (dkt. 13), but his motion, filed on October 10, 2012, came the day after the Court dismissed this case on venue grounds (dkt. 11). There is no longer a case to transfer. Soares' request was more properly made in response to this Court's Order to Show Cause re Venue (dkt. 8), to which Soares provided no response at all before the deadline. As noted in the dismissal order, Soares remains free to refile in Kentucky, but the current request is too late and is DENIED.

**IT IS SO ORDERED.**

Dated: October 15, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2012\4910\order denying late venue transfer.wpd